**Order entered June 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00949-CR

**JAVARIUS JAYE ERVING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-20637-I**

### ORDER

Before the Court is the State's June 9, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order. This case is at issue and will be submitted in due course.

/s/    ERIN A. NOWELL
           JUSTICE